# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN J. LYNCH, :
:
    Plaintiff, : CIVIL ACTION
:
v. :
:
:
KEVIN CAHILL, : Nos. 18-CV-2179
CHERYL MARZIANI, :
FRANK HAY, and :
JOHN DOE, :
:
    Defendants. :

## ORDER

AND NOW, this 19th day of December, 2018, upon consideration of Defendant Kevin Cahill's Motion to Revoke Plaintiff's Pauper Status and Dismiss for Failure to State a Claim (Doc. No. 26), Plaintiff's Response thereto (Doc. No. 36), Defendants Hay and Marziani's Motion to Dismiss (Doc. No. 31), as well as Plaintiff's Motion for Discovery (Doc. No. 33), Plaintiff's Motion to Invoke the Ongoing Tort Principle of Law to the Defendant Respondeat Superior (Doc. No. 35), and Plaintiff's Motion for Appointment of Counsel (Doc. No. 37). For the following reasons, the Motions to Dismiss are GRANTED; Defendant Cahill's Motion to Revoke Plaintiff's Pauper Status is DENIED; and Plaintiff's Motions are DENIED as MOOT. Counts I

through X of Plaintiff's Amended Complaint are dismissed with prejudice.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,    J.